IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02427-RPM-MJW

PAUL TUMMINIA,

Plaintiff(s),

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the written Notice of Settlement (docket no. 11), it is hereby ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on December 11, 2009, at 2:00 p.m. is VACATED.

     It is FURTHER ORDERED that the parties shall file with the court their Stipulated Motion to Dismiss on or before December 28, 2009, or show cause why this case should not be dismissed.

     It is FURTHER ORDERED that the Defendant's Request (Motion) to Stay All Deadlines (docket no. 12) is MOOT and therefore DENIED.

Date:   December 9, 2009